**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
 SERGE ALAIN HYACINTHE
KOUDOU,

                          Plaintiff,

          -against-                                              25 **CIVIL** 7548 (JPO)

                                                                 **JUDGMENT**

THE PERMANENT MISSION OF CÔTE
D'IVOIRE TO THE UNITED NATIONS
IN NEW YORK,,

                          Defendants.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 3, 2026, the Mission's motion to dismiss the Complaint

for lack of subject matter jurisdiction is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          April 6, 2026

                                                  **TAMMI M. HELLWIG**
                                          _____
                                                    **Clerk of Court**


                                  **BY:**  _____
                                                    **Deputy Clerk**